RONNIE O. BROWN
FULL NAME

14901 Central Ave
COMMITTED NAME (if different)

CHINO, CA 91708-5000
FULL ADDRESS INCLUDING NAME OF INSTITUTION

K-89434

PRISON NUMBER (if applicable)

FILED
07 NOV -5 AM 10:31
[illegible stamp] U.S. DISTRICT COURT
550

UNITED STATES DISTRICT COURT
Southern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

RONNIE O. BROWN

PLAINTIFF,

v.

J. SANCHEZ DEPUTY SHERIFF.
Gary PENROD SHERIFF, San Bernardino
County Sheriff Dept.

DEFENDANT(S).

CASE NUMBER CV 07 5617
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

PJH

07-5617-PJH

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff _____

    _____

    Defendants _____

    _____

b.  Court _____

    _____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
    appealed? Is it still pending?) _____

f.  Issues raised: _____

    _____

    _____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____


## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
    occurred?  ☐ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes   ☒ No

    If your answer is no, explain why not _____

    _____

    _____

3.  Is the grievance procedure completed?  ☒ Yes   ☐ No

    If your answer is no, explain why not  NOT INSTITUTIONALLY administratively
    available

4.  Please attach copies of papers related to the grievance procedure.

C. **JURISDICTION**   28 U.SC §1391 etc seq.

This complaint alleges that the civil rights of plaintiff  Ronnie BROWN
                                                          (print plaintiff's name)

who presently resides at  1490l Central ave
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
City Jail
                          (institution/city where violation occurred)

---

CIVIL RIGHTS COMPLAINT

on (date or dates) __8-12-07_____, _____, _____.
         (Claim I)      (Claim II)      (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __J. Sanchez_____ resides or works at
   (full name of first defendant)
   __655 third st San Bernardino CA 92415__
   (full address of first defendant)
   __Deputy sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __peace officer__

2. Defendant __GARY Penrod_____ resides or works at
   (full name of first defendant)
   __655 third st San Bernardino CA__
   (full address of first defendant)
   __SHERIFF__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Peace officer__

3. Defendant __John/Jane DOE Law enforcemnt medical srvcs__ resides or works at
   (full name of first defendant)
   __14455 Civil DR__
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

CV-66 (7/97)                                                                 Page 4 of 6

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Eyght amendment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON 8-12-07 I was arrested by Deputy J. Sanchez whom threw plaintiff to cement causing his nose to breake, and while handcuff I was Tazored By electricty oveR 3 different time's, and when I requested medical attention I was denied treatment by A doctor while detained.

on 8/12/07 Gary S. penrod sheriff has failed to properly train supervise and discipline officer's under his charge + control and had defective policies, proccedures, customs, and denied minum human concerns to a detainee.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. Compensatory, nominal special Damages
2. punitive damages.
3. The Sum of $5,000,000 is Demanded for and against each named Defendant.
4. Trial By Jury.
5. Pertective order per 18 USC § 1503

10/29/07
(Date)

(Signature of Plaintiff)