UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

    Plaintiff,

v.

J. SANCHEZ, Deputy Sheriff, and GARY PENROD, Sheriff, San Bernardino County Sheriff's Department,

    Defendants.

No. C 07-5617 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a prisoner at the San Bernardino County Jail. The acts complained of occurred in San Bernardino, California, which lies within the venue of the United States District Court for the Central District of California. Defendants, who are county employees, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: November 13, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\BROWN5617.TRN.wpd