UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RONNIE O BROWN,

        Plaintiff,

  v.

J SANCHEZ et al,

        Defendant.
                                    /

Case Number: CV07-05617 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ronnie O. Brown K-89434
14901 Central Avenue
Chino, CA 91708-5000

Dated: November 13, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk