**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 14, 2007

United States District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: **CV-07-5617 PJH (PR)**, **BROWN v. SANCHEZ**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    (X)    Certified copy of docket entries

    (X)    Certified copy of TRANSFERRAL ORDER

    (X)    Original case file documents

    (X)    Please be advised that the above entitled action was previously designated to the Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    *Felicia Reloba*

    by: Felicia Reloba
    Case Systems Administrator

Enclosures
Copies to counsel of record